## Commonwealth ex rel. Aftosmes *v.* Aftosmes, Appellant.

776

Argued December 11, 1969. *David M. Kozloff*, with him *James W. Stoudt*, and *Rhoda, Stoudt & Bradley*, for appellant; *C. Wilson Austin*, with him *Speicher, Austin, Connor and Giorgi*, for appellee.

OPINION PER CURIAM: The order of the court below is reversed and the case is remanded to the court below for action on appellant's present or amended petition to reduce the amount of the support order.